# DECLARATION
# OF R. BRYAN TILDEN

# EXHIBIT T3

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

| | |
|---|---|
| ADAM JONES d/ba TRIPLE J FARMS, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   7:22-cv-00025-FL |
| CRUM & FORSTER SPECIALTY INSURANCE CO. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    RT Specialty, c/o Managing Agent
14045 Ballantyne Corporate Place, Suite 100, Charlotte, NC 28277

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE ATTACHED EXHIBIT A

| Place: Manning, Fulton & Skinner, P.A. 3605 Glenwood Ave., Suite 500 Raleigh, NC 27612 | Date and Time: 09/22/2022 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   9/7/22

| CLERK OF COURT | |
|---|---|
| _____ | OR   _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Plaintiff Lawver Ins. & Financial Services d/b/a Insurance of the Carolinas            , who issues or requests this subpoena, are:
Michael T. Medford, Manning, Fulton & Skinner, PA, P.O. Box 20389, Raleigh, NC 27619; medford@manningfulton.com; 919-787-8880

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.  7:22-cv-00025-FL

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                    _____

                                                          *Server's signature*

                                                 _____

                                                          *Printed name and title*

                                                 _____

                                                          *Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT A

## TO SUBPOENA TO RT SPECIALTY

The term "documents" as used in this Subpoena is used in its broadest sense and includes "documents," "other tangible things," electronically stored information ("ESI"), and any other materials, including non-duplicative copies of any written, printed, typed, photocopied, photographic, recorded, or electronically stored material of any kind or character, however produced, reproduced, recorded, or stored, whether in draft or in final form, complete or incomplete, and all attachments thereto. The documents to be produced in response to this Subpoena include, but are not limited to, all insurance policies (including all amendments, endorsements and other documents forming part of the insurance policy), emails, activity logs, notes, letters, memoranda, and any other documents (including ESI) of any description.

The documents to be produced are the following:

1.     All documents relating to the following claim:

> Insured:  Adam Jones d/b/a Triple J Farms
> Insurer:  Crum and Forster Specialty Insurance Company
> Claim No.:  NJU00214396
> Claimant:  Adam Jones d/b/a Triple J Farms
> DOL:  3-21-2021
> 2019-2020 Policy No.:  BAK-56503-1
> 2020-2021 Policy No.:  BAK-56503-2
> Policy Term at Time of Loss:  11-13-2020 to 11-13-2021

2.     The complete underwriting file(s) for Policy No. BAK-56503-1 and Policy No. BAK-56503-2 (collectively, the "Crum & Forster Policy").

3.     All documents setting forth guidelines, policies, and practices that were utilized in or applicable to underwriting the Crum & Forster Policy or setting premiums for the same, specifically including, but not limited to, any guidelines, policies, and practices that would

reflect whether the specific brand name of the combine and header owned by Adam Jones d/b/a Triple J Farms ("Mr. Jones") would have affected the decision to insure that combine and header under the Crum & Forster Policy.

4. The complete claim file for the loss in the fire of the New Holland CR7090 combine and header owned by Mr. Jones, date of loss March 21, 2021 (the "Claim").

5. All documents setting forth guidelines, policies, and practices that were utilized in adjusting the Claim.

6. All documents reflecting RT Specialty's authority to bind and/or underwrite coverage on behalf of Crum and Forster Specialty Insurance Company ("Crum & Forster").

7. Any contract(s) between RT Specialty and Crum & Forster relating to RT Specialty's authority to act on behalf of Crum & Forster, including, but not limited to, authority to underwrite and/or bind coverage on behalf of Crum & Forster.

8. All communications received from or sent to Lawver Insurance & Financial Services d/b/a Insurance of the Carolinas ("the Agency"), Mr. Jones or any employee or agent of Triple J Farms, or Crum & Forster relating to the Crum & Forster Policy and any claims thereunder, including, but not limited to: (i) all communications relating to the initial procurement of and renewal of the Crum & Forster Policy and any changes to the Crum & Forster Policy requested by the insured or by the Agency on behalf of the insured, including communications relating to the addition of the New Holland CR7090 to the coverage; and (ii) all communications relating to the loss claimed by Mr. Jones under the Crum & Forster Policy with Claim No. NJU00214396.

9. All documents reflecting any prohibited risks imposed by Crum & Forster.

2