# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
### CIVIL ACTION NO.: 7:22-CV-00025-FL

| | |
|---|---|
| **ADAM JONES d/b/a TRIPLE J FARMS, and LAWVER INSURANCE & FINANCIAL SERVICES d/b/a INSURANCE OF THE CAROLINAS,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CRUM & FORSTER SPECIALTY INSURANCE COMPANY,**<br><br>**Defendant.** | **DEFENDANT CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S MOTION TO EXCLUDE TESTIMONY OF R. BRYAN TILDEN** |

Defendant Crum & Forster Specialty Insurance Company ("Defendant") submits this Motion seeking to exclude the testimony of R. Bryan Tilden pursuant to Federal Rules of Evidence 702 and 703.

Through their claims in this action, Plaintiffs seek reformation of an insurance policy issued by Defendant. However, Mr. Tilden provides opinions on issues which are entirely irrelevant to Plaintiffs' claim for reformation. Further, Mr. Tilden provides opinions on the effect of insurance policy provisions, a purely legal issue reserved for the Court's decision. Finally, Mr. Tilden provide numerous opinions which have no support whatsoever.

Discovery has closed and this Motion is now ripe for decision. As such, Defendant submits this Motion. This Motion is timely as the deadline for filing motions to exclude testimony pursuant to Rules 702 and 703 is February 23, 2023.

For the reasons set forth in the attached Memorandum of Law, it is respectfully requested that Mr. Tilden's testimony be excluded pursuant to Rules 702 and 703, and for such other and

further relief as the Court deems just, proper, and equitable

This the 23rd day of February, 2023.

JAMES, McELROY & DIEHL, P.A.

By: /s/ Alexandra B. Bachman_____

Adam L. Ross, NC State Bar No. 31766
Alexandra B. Bachman, NC State Bar No. 54746
525 N. Tryon Street, Suite 700
Charlotte, North Carolina 28202
Telephone:  (704) 372-9870
Facsimile:  (704) 348-0800
Email: aross@jmdlaw.com
              abachman@jmdlaw.com

Kristin V. Gallagher (*pro hac vice*)
kristin.gallagher@kennedyslaw.com
Frank M. Falcone (*pro hac vice*)
Frank.falcone@kennedyslaw.com
Kennedys CMK LLP
120 Mountain View Boulevard
Basking Ridge, NJ 07920
Tel: (908) 848-1220

*Counsel for Defendant*
*Crum & Forster Specialty Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing **MOTION TO EXCLUDE TESTIMONY OF R. BRYAN TILDEN** has this date been electronically filed with the Clerk of Court using the CM/ECF system, which generates a notice of electronic filing constituting service hereof, to the following counsel of record:

| | |
|---|---|
| Michael T. Medford | R. Steven DeGeorge |
| Manning, Fulton & Skinner, P.A. | Spencer T. Wiles |
| 3605 Glenwood Avenue, Suite 500 | Robinson Bradshaw & Hinson, P.A. |
| P.O. Box 20389 | 101 North Tryon Street, Suite 1900 |
| Raleigh, NC 20389 | Charlotte, NC 28246 |
| Fax: 919-325-4618 | Fax: 919-328-8790 |
| Email: medford@manningfulton.com | Email: sdegeorge@robinsonbradshaw.com |
| *Attorneys for Lawyer Insurance and Financial* | swiles@robinsonbradshaw.com |
| *Services d/b/a Insurance of the Carolinas* | *Attorneys for Adam Jones d/b/a Triple J Farms* |

This the 23rd day of February, 2023.

**JAMES, McELROY & DIEHL, P.A.**

By: /s/ Alexandra B. Bachman
    Adam L. Ross
    Alexandra B. Bachman
    525 N. Tryon Street, Suite 700
    Charlotte, North Carolina 28202
    Telephone:  (704) 372-9870
    Facsimile:  (704) 348-0800
    Email: aross@jmdlaw.com
        abachman@jmdlaw.com

    Kristin V. Gallagher (*pro hac vice*)
    kristin.gallagher@kennedyslaw.com
    Frank M. Falcone (*pro hac vice*)
    Frank.falcone@kennedyslaw.com
    Kennedys CMK LLP
    120 Mountain View Boulevard
    Basking Ridge, NJ 07920
    Tel: (908) 848-1220

    *Counsel for Defendant*
    *Crum & Forster Specialty Insurance Company*