**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**CIVIL ACTION NO.: 7:22-CV-00025-FL**

| | |
|---|---|
| **ADAM JONES d/b/a TRIPLE J FARMS, and LAWVER INSURANCE & FINANCIAL SERVICES d/b/a INSURANCE OF THE CAROLINAS,**<br><br>       **Plaintiffs,**<br><br>**v.**<br><br>**CRUM & FORSTER SPECIALTY INSURANCE COMPANY,**<br><br>       **Defendant.** | **DECLARATION OF FRANK M. FALCONE** |

I, Frank M. Falcone, of full age and with personal knowledge of the facts herein, declare that:

1.      I am an attorney at law of the State of New Jersey, permitted to appear before this Court *pro hac vice,* and a partner of the firm Kennedys CMK LLP, counsel for Defendant Crum & Forster Specialty Insurance Company ("C&F"). I am responsible for the handling of C&F's defense in this case and, as such, I have personal knowledge of the facts and circumstances of this matter.

2.      I make this Declaration in support of C&F's Motion to Exclude Testimony of R. Bryan Tilden pursuant to Federal Rules of Evidence 702 and 703.

3.      Attached hereto as **Exhibit A** is a true and accurate copy of an insurance policy, Policy Number BAK-56503-2, issued by C&F to Plaintiff Adam Jones, d/b/a Triple J Farms ("TJF") for the policy period of November 13, 2020 to November 13, 2021.

4.       Attached hereto as **Exhibit B** is a true and accurate copy of an insurance policy, Policy Number BAK-56503-1, issued by C&F to TJF for the policy period of November 13, 2019 to November 13, 2020.

5.       Attached hereto as **Exhibit C** is a true and accurate copy of emails between Plaintiff Lawver Insurance & Financial Services, d/b/a Insurance of the Carolinas ("IOC") and non-party RT Specialty ("RTS") dated November 18, 2020.

6.       Attached hereto as **Exhibit D** is a true and accurate copy of an insurance application submitted by IOC on behalf of TJF dated November 19, 2020.

7.       Attached hereto as **Exhibit E** is a true and accurate copy of emails between IOC and RTS, and an insurance application page attached to these emails, submitted by IOC on behalf of TJF. These emails are dated November 23, 2020.

8.       Attached hereto as **Exhibit F** is a true and accurate copy of emails between IOC and RTS dated May 27, 2020.

9.       Attached hereto as **Exhibit G** is a true and accurate copy of emails between IOC, RTS, and C&F dated April 13, 2021.

10.       Attached hereto as **Exhibit H** is a true and accurate copy of the Declaration of Lori Coughlin dated September 18, 2022.

11.       Attached hereto as **Exhibit I** is a true and accurate copy of a Property Loss Notice submitted by IOC on behalf of TJF dated March 22, 2021.

12.       Attached hereto as **Exhibit J** is a true and accurate copy of emails between IOC, RTS, and C&F dated from April 13, 2021 to May 7, 2021.

13.       Attached hereto as **Exhibit K** is a true and accurate copy of the affirmative expert report of R. Bryan Tilden dated August 12, 2022.

14. Attached hereto as **Exhibit L** is a true and accurate copy of a Policy Endorsement cancelling the Policy and returning premium dated April 6, 2021.

15. Attached hereto as **Exhibit M** is a true and accurate copy of the expert report of Ernest N. Csiszar dated September 13, 2022.

16. Attached hereto as **Exhibit N** is a true and accurate copy of the rebuttal expert report of R. Bryan Tilden dated October 3, 2022.

17. Attached hereto as **Exhibit O** is a true and accurate copy of this Court's Order, granting in part, C&F's Motion to Compel. This Order is dated January 23, 2023.

18. I declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

KENNEDYS CMK LLP
Attorneys for Defendant
Crum & Forster Specialty Insurance Company

By:_____
    Frank M. Falcone

Dated: February 23, 2023

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **DECLARATION OF FRANK M. FALCONE** has this date been electronically filed with the Clerk of Court using the CM/ECF system, which generates a notice of electronic filing constituting service hereof, to the following counsel of record:

Michael T. Medford
Manning, Fulton & Skinner, P.A.
3605 Glenwood Avenue, Suite 500
P.O. Box 20389
Raleigh, NC 20389
Fax: 919-325-4618
Email: medford@manningfulton.com
*Attorneys for Lawyer Insurance and Financial Services d/b/a Insurance of the Carolinas*

R. Steven DeGeorge
Spencer T. Wiles
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Fax: 919-328-8790
Email: sdegeorge@robinsonbradshaw.com
    swiles@robinsonbradshaw.com
*Attorneys for Adam Jones d/b/a Triple J Farms*

This the 23rd day of February, 2023.

**JAMES, McELROY & DIEHL, P.A.**

By: /s/ Alexandra B. Bachman
    Adam L. Ross
    Alexandra B. Bachman
    525 N. Tryon Street, Suite 700
    Charlotte, North Carolina 28202
    Telephone:  (704) 372-9870
    Facsimile:  (704) 348-0800
    Email: aross@jmdlaw.com
        abachman@jmdlaw.com

    Kristin V. Gallagher (*pro hac vice*)
    kristin.gallagher@kennedyslaw.com
    Frank M. Falcone (*pro hac vice*)
    Frank.falcone@kennedyslaw.com
    Kennedys CMK LLP
    120 Mountain View Boulevard
    Basking Ridge, NJ 07920
    Tel: (908) 848-1220
    *Counsel for Defendant*
    *Crum & Forster Specialty Insurance Company*