# EXHIBIT H

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION
## CIVIL ACTION NO.: 7:22-CV-00025-FL

ADAM JONES d/b/a TRIPLE J FARMS, and
LAWVER INSURANCE & FINANCIAL
SERVICES d/b/a
INSURANCE OF THE CAROLINAS,

        PJaintiffs,

v.

CRUM & FORSTER SPECIALTY
INSURANCE COMPANY,

        Defendant.

## DECLARATION OF LORI COUGHLIN

I, Lori Coughlin, of full age and with personal knowledge of the facts herein, declare that:

1. I am an Executive Underwriter for Crum & Forster Surplus & Specialty Lines. I have personal knowledge about the facts set forth herein, which are true and correct.

2. Crum & Forster Specialty Insurance Company ("Crum & Forster") issued insurance policy number BAK-56503-1 to Adam Jones d/b/a Triple J Farms ("TJF") for the policy period November 13, 2019 to November 13, 2020 (the "2019-2020 Policy").

3. At the time of the 2019-2020 Policy's expiration on November 13, 2020, the scheduled equipment under the Contractors Equipment Coverage was a 2014 Case Magnum tractor, serial number ZERD03302 (the "Case Magnum tractor") and a 2013 New Holland tractor model CR7090, serial number YDG116796 (the "New Holland tractor")

4. On November 18, 2020, after the 2019-2020 Policy had already expired, Lawver

Insurance & Financial Services d/b/a Insurance of the Carolinas ("IOC"), on behalf of TJF, requested a renewal "effective November 13, 2020 if possible."[1]

5.      The surplus lines broker RT Specialty ("RT") requested specific updated equipment information on the renewal application for the renewal policy.

6.      IOC, on behalf of TJF, submitted a renewal application specifically requesting coverage for a 2013 AgCo Gleaner Combine, model Super 27, serial number RS7700DH17177 and a 2013 AgCo Gleaner Header, model 9250T-30, serial number 92500CHD01576 (collectively the "AgCo Gleaner equipment").

7.      IOC did not request renewal coverage for the equipment scheduled under the 2019-2020 Policy, which was the Case Magnum and New Holland tractors, but rather specifically requested coverage for the AgCo Gleaner equipment instead.

8.      Crum & Forster agreed to insure the AgCo gleaner equipment submitted by IOC on behalf of TJF under policy number BAK-56503-2 for the policy period November 13, 2020 to November 13, 2021 (the "2020-2021 Policy").

9.      The 2020-2021 Policy covered the AgCo Gleaner equipment, and no other equipment was scheduled on the 2020-2021 Policy.

10.     On March 22, 2021, IOC provided notice of claim for damages to a 2013 New Holland Combine, Model CR7090, serial number YDG116796 and a 2008 New Holland Header.

11.     Neither the 2013 New Holland Combine nor the 2008 New Holland Header was scheduled for coverage on the 2020-2021 Policy.

12.     On April 28, 2021, IOC requested that Crum & Forster agree to reform the policy to cover the 2013 New Holland Combine and 2008 New Holland Header, acknowledging that it

---

[1] *See* IOC's initial production, IOC-0210.

2

had submitted the wrong equipment for the 2020-2021 Policy and advising that TJF did not own or have an insurable interest in the AgCo Equipment.

13.     Crum & Forster's investigation into the claim confirmed that the only equipment covered under the 2020-2021 Policy was the AgCo Gleaner equipment, and it issued a denial of coverage letter dated May 11, 2021.

14.     Prior to issuing its denial of coverage letter, the 2020-2021 Policy was cancelled to the inception of the policy, which was November 13, 2020, to allow TJF to obtain a return on the premium. The premium was transferred electronically by Crum & Forster to RT on April 21, 2021.

15.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 9|18|2022

_____
Lori Coughlin

3