UNITED STATES DISTRICT COURT
for the EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:22-cv-00025-FL

| | |
|---|---|
| ADAM JONES d/b/a TRIPLE J FARMS and LAWVER INSURANCE & FINANCIAL SERVICES d/b/a INSURANCE OF THE CAROLINAS, <br><br>Plaintiffs, <br><br>v. <br><br>CRUM & FORSTER SPECIALTY INSURANCE COMPANY, <br><br>Defendant. | **ORDER** |

THIS MATTER having come before the Court on the motion of Plaintiffs Adam Jones d/b/a Triple J Farms ["Mr. Jones"] and Lawver Insurance & Financial Services d/b/a Insurance of the Carolinas ["IOC"] [collectively, "Plaintiffs"] for an Order clarifying the deadline and word count limitations for Plaintiffs' response to Defendant Crum & Forster Specialty Insurance Company's ["Crum's"] Motion to Exclude Testimony of R. Bryan Tilden [the "Motion to Exclude"], and good cause having been shown;

IT IS on this 16th day of March, 2023

ORDERED that Plaintiffs' deadline to respond to Crum's Motion to Exclude is March 16, 2023, twenty-one (21) days from the date of service of the Motion to Exclude; and it is further

ORDERED that Plaintiffs' memorandum in response to Crum's Motion to Exclude may contain up to, but no more than, 8,400 words, and up to, but no more than, thirty (30) pages.

_____
LOUISE W. FLANAGAN
United States District Judge