UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.: 7:22-CV-00025-FL

| | |
|---|---|
| ADAM JONES d/b/a TRIPLE J FARMS, and LAWVER INSURANCE & FINANCIAL SERVICES d/b/a INSURANCE OF THE CAROLINAS,<br><br>Plaintiffs,<br><br>v.<br><br>CRUM & FORSTER SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | ORDER GRANTING MOTION TO EXTEND DEADLINES |

**THIS MATTER** having come before the Court on the application of Defendant, Crum & Forster Specialty Insurance Company ("Crum & Forster"), with the consent of all parties, for an Order staying the remaining deadlines set forth in Joint Report of the Parties on Schedule for Submissions on Damages [Doc 70], and good cause shown;

**IT IS** on this 20th day of November, 2023.

**ORDERED** that all deadlines contained in the Joint Report of the Parties on Schedule for Submissions on Damages are stayed pending the parties finalizing a settlement and preparing a stipulation of dismissal. The parties will provide a written update to the Court if a stipulation of dismissal is not filed within thirty (30) days of this Order.

_____
LOUISE W. FLANAGAN
United States District Judge